IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENNARD SWEETNEY | * |
| 4853 Saint Barnabas Road | * |
| Temple Hills, Maryland 20748 | * |
| | * |
|     Plaintiff | * |
| | * |
| v. | *  Civil No. |
| | * |
| ROBERT BOSCH TOOL | * |
| CORPORATION | * |
| Registered Agent | * |
| Corporation Service Company | * |
| 1090 Vermont Avenue NW, #430 | * |
| Washington, DC 20005 | * |
| | * |
| & | * |
| LOWES COMPANIES | * |
| INCORPORATED | * |
| Registered Agent | * |
| Corporation Service Company | * |
| 1090 Vermont Avenue NW, #430 | * |
| Washington, DC 20005 | * |
| | * |
|     Defendants | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF REMOVAL

Defendants Lowes Companies Incorporated and Robert Bosch Tool Corporation,

by undersigned counsel, hereby remove this case to this Court from the Superior Court

of the District of Columbia, pursuant to 28 U.S.C. §§ 1441, 1332 and 1446, and in support

thereof say:

    1.    On July 23, 2013, Rennard Sweetney filed a Complaint seeking money

damages against Robert Bosch Tool Corporation and Lowes Companies Incorporated in

the Superior Court of the District of Columbia.  The action is captioned *Rennard*

*Sweetney v. Robert Bosch Tool Corporation and Lowes Companies Incorporated,* Case No. 2013

CA 005046 B.  A copy of Plaintiff's Complaint is attached hereto as Exhibit 1.

2.      The docket indicates that both Defendants were served on July 31, 2013.

3.      Both Defendants have filed their Answers to the Complaint.

4.      This Court has original jurisdicition of the above-referenced civil action

under the provisions of 28 U.S.C. § 1332, diversity jurisdiction, and the action may be

removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

5.      From the face of the Complaint, there is complete diversity among the

parties.  Plaintiff Rennard Sweetney is a citizen and resident of the State of Maryland.

*See* Exhibit 1 at ¶2.  Defendant Robert Bosch Tool Corporation is a Delaware

corporation with its principal place of business at 1800 West Central Road, Mount

Prospect, IL 60065.  *See* Exhibit 1 at ¶3.  Defendant Lowes Companies Incorporated is a

North Carolina corporation with its principle place of business at 1000 Lowe's Blvd.,

Mooresville, NC 28117. *See* Exhibit 1 at ¶4.

6.      Plaintiff alleges that he suffered injury during the course of his

employment while using a 10-inch Skilsaw Model 3400 table saw which he claims Bosch

designed, manufactured, tested, supplied, sold and/or distributed. In Counts

encaptioned Negligence (Count I), Strict Liability (Count II), and Implied Warranty

(Count III) Plaintiff claims to have "sustained severe and permanent physical injury,

suffered great pain of body and anguish of mind, required extensive hospital and

medical care and treatment, incurred medical expenses, lost time from work; and his

medical care and treatment, incurred medical expenses, lost time from work; and his ability to engage in normal and usual activities has been adversely affected." *See* Exhibit 1, ¶¶ 9, 31, 35, and 38. Additonally, Plaintiff claims Punitive Damages in Count IV of the Complaint.  Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs.

7.      This Notice of Removal is being filed within thirty (30) days after service of the action in the Superior Court of the District of Columbia and thus is timely filed pursuant to 28 U.S.C. § 1446(b).

8.      Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings and orders served upon these Defendants in the Superior Court of the District of Columbia are attached hereto as Exhibit 1.

9.      Pursuant to 28 U.S.C. §1446(d), Defendants will promptly file a copy of this Notice of Removal with the Superior Court of the District of Columbia and will give written notice of the filing to the Plaintiff.

10.     By filing this Notice of Removal, Defendants do not waive any defenses that may be available to them.

WHEREFORE, the Defendants, Lowes Companies Incorporated and Robert Bosch Tool Corporation, respectfully request that the above-entitled action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,


*/s/ John J. Hathway*
John J. Hathway, Esq. # 412664
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue
Suite 400
Washington, DC 20036-5405
jhathway@wtplaw.com
(202) 659-6800

Harry S. Johnson, #00618
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
hjohnson@wtplaw.com
(410) 347-8700

Attorneys for Defendants,
LOWES COMPANIES
INCORPORATED AND ROBERT
BOSCH TOOL CORPORATION

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of August, 2013, a copy of the

foregoing was served via the Court's electronic system and via mail, first class postage

prepaid, to:


Falen M. LaPonzina, Esquire
LaPonzina Law, P.C.
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
Attorney for Plaintiff



*/s/ John J. Hathway*
John J. Hathway


2062715